IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION



**JESSICA STEELE,**

        **Plaintiff,**

   **vs.**                                Civil Action 2:12-CV-443
                                               Judge Watson
                                               Magistrate Judge King

**RELIANT CAPITAL SOLUTIONS, LLC,**

        **Defendant.**


<u>ORDER</u>

This case has been reported settled. *Notice,* Doc. No. 4.

**A status conference will be held on September 21, 2012, at 10:00 a.m., unless the dismissal entry is received prior to that time.**

Any date currently set in the case is **VACATED** pending that conference.


July 19, 2012                                                *s/Norah McCann King*
                                                          Norah M<sup>c</sup>Cann King
                                             United States Magistrate Judge